**MARTIN R. COHEN, ATTORNEY AT LAW,** OSB #77023
mcpdx@aol.com
P.O Box 1229
4040 Douglas Way
Lake Oswego, OR 97035
Voice:  (503)635-5805
Fax: (503) 635-5903

**LINDA S. ZISKIN, OSB #011067**
linda@ziskinlawoffice.com
P.O. Box 753833
Las Vegas, NV 89136
Phone:  (503) 889-0472
Fax:     (888) 889-5776
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LINDA SUE VACCA,**<br><br>         **Plaintiff,**<br><br>  **vs.**<br><br>**CAROLYN W. COLVIN, ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION**<br><br>         **Defendant.** | Case. No. 3:13-cv-01485-KI<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

///

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of **$10,000**, are hereby awarded to Plaintiff's attorney, Martin Cohen.

The check, minus the user fee, should be mailed to the address below:

**MARTIN R. COHEN**
PO Box 1229
Lake Oswego, OR 97035

IT IS SO ORDERED this ___2nd___ day of May, 2016.

_____/s/ Garr M. King_____
HON.  GARR M. KING
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Linda S. Ziskin
LINDA S. ZISKIN, OSB #011067
P.O. Box 753833
Las Vegas, NV 89136
(503) 889-0472
 Attorney for Plaintiff